Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of Columbia

_____ Division

Anand Verma

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Department of Homeland Security and
United States Citizenship & Immigration Services

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. _____

Case: 1:24-cv-01330
Assigned To : Unassigned
Assign. Date : 5/6/2024
Description: Pro se. Gen. Civ. (F-Deck)

**RECEIVED**
**Mail Room**

MAY - 6 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Anand Verma |
| Street Address | 12913 Glen Mill Road |
| City and County | Potomac, Montgomery County |
| State and Zip Code | Maryland 20854 |
| Telephone Number | 301-315-6666 |
| E-mail Address | asarverma@yahoo.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Department of Homeland Security and United States Citizenship & |
| Job or Title *(if known)* | |
| Street Address | 633 Third Street, N.W., Third Floor |
| City and County | Washington, District of Columbia |
| State and Zip Code | District of Columbia 20529-2275 |
| Telephone Number | 800-375-5283/800-323-8603 |
| E-mail Address *(if known)* | uscis-osi-persec-customerserv@uscis.dhs.gov |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Rule 65 of the Federal Rules of Civil Procedure governs injunctions and restraining orders. It sets specific requirements for two types of orders that courts may issue before a full trial on the merits: preliminary injunctions and temporary restraining orders (TROs). Here, Plaintiff has demonstrated: * a likelihood of success on the merits,

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

    Injunctive relief primarily aims to prevent irreparable harm, which cannot be adequately remedied through monetary compensation. It operates by either mandating or prohibiting specific actions to safeguard legal rights and interests. In this instance, to prevent irreparable injury to Plaintiff, release of the FOIA document should be mandated to preserve the equity.

    On February 7, 2024, Plaintiff filed a request with Defendants to release his background investigation file, and there has been no progress whatsoever. In subsequent follow ups with Defendants, Plaintiff has been consistently told to be patient. Plaintiff's place in the queue has not changed. Defendants have not

B.    What date and approximate time did the events giving rise to your claim(s) occur?

    On January 30, 2024, the USCIS Human Resources Chief notified Plaintiff that his tentative job offer of Asylum Officer had been rescinded and that he did not have any appeal process from the rescission which was final. Defendants based their rescission on a generic allegation of "misconduct or negligence in employment." Despite Plaintiff's request to identify the alleged misconduct and employment, they refused to answer. In the meantime, even though Plaintiff obtained letters of positive reference from his federal employers listed in SF-86, Defendants refused to incorporate it into Plaintiff's investigative file.

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Since Defendants failed to incorporate into Plaintiff's investigative record the rebuttal evidence (letters of reference from federal employers), the red flag of alleged misconduct remains that most likely derailed Plaintiff's another tentative job offer of July 13, 2023 by the Department of the Interior (DOI) as Program Analyst. Since the DOI also utilized the DHS background investigative report before making a final job offer, they also rescinded the July 13, 2023 tentative job offer.

Without knowing the nature of those alleged "misconduct or negligence in employment," Plaintiff cannot successfully challenge the Defendants' revocation of the tentative job offer. Plaintiff's access to the requested FOIA file would facilitate the identification of the alleged grounds of rescission of the tentative job offers.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Without an expeditious release of the requested FOIA file, Plaintiff will suffer an irreparable injury by losing yet another tentative job offer by the OPM (the 3rd job offer in the last 18 months). Two previous job offers have been rescinded with no appeal rights to Plaintiff. Defendants' vague allegations of "misconduct or negligence in employment" cannot be challenged without recourse to information contained in the requested FOIA file.

Thus, to prevent an irreparable harm to Plaintiff by having his OPM job offer rescinded, an expeditious release of the requested FOIA document is necessary to allow Plaintiff to prepare a successful defense against the vague and generically worded allegations by Defendants.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Court assesses irreparable harm by evaluating the following factors:

* The potential harm in the absence of an injunction,
* The level of certainty, magnitude, and actuality of the injury, and
* Past instances where irreparable injury has been established to Plaintiff.

Thus, premised on the irreparable injury in the past and potential of harm, Plaintiff prays that this honorable Court order an immediate release by Defendants of the FOIA document requested on February 7, 2024. In addition, Plaintiff requests that Court award actual damages for lost salary of Asylum Officer at GS-12 level in the amount of $250,000 (two years' salary plus benefits) and $50,000 in punitive damages for Defendants' undue delay in

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/03/2024

Signature of Plaintiff

Printed Name of Plaintiff    Anand Verma

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address